MAGISTRATE JUDGE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ANDREW FLIPPIN,<br><br>　　　　Defendant. | NO. CR06-5165<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant; therefore,

IT IS HEREBY ORDERED that the trial date be continued to August 21, 2006. The resulting period of delay from June 26, 2006, to August 21, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

DONE this <u>22nd</u> day of June, 2006.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented By:

/s/_____
Russell V. Leonard
Attorney for Defendant

/s/_____
Captain Glen Templeton
Special Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE　　　　　　1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**