MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR06-5165 |
| ) | |
| Plaintiff, ) | ORDER GRANTING STIPULATED |
| ) | MOTION TO CONTINUE TRIAL |
| vs. ) | DATE |
| ) | |
| ANDREW S. FLIPPIN, ) | |
| ) | |
| Defendant. ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant; therefore,

IT IS HEREBY ORDERED that the trial date be continued to December 4, 2006 at 9:00am. The resulting period of delay from August 21, 2006 to December 4, 2006 is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

DONE this __18th__ day of August, 2006.

_s/ Karen L. Strombom_
UNITED STATES MAGISTRATE JUDGE

Presented By:

/s/_____     /s/_____
Russell V. Leonard                                        Captain Glen Templeton
Attorney for Defendant                                Special Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                     1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**