MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANDREW S. FLIPPIN, ) <br> ) <br> Defendant. ) <br> _____ ) | NO.  CR06-5165 <br><br> ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant; therefore,

IT IS HEREBY ORDERED that the trial date be continued to May 21, 2007, at 9:00 am.  The resulting period of delay from February 12, 2007 to May 21, 2007 is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

DONE this <u>8th</u> day of February, 2007.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

Presented By:

/s/_____     /s/_____
Russell V. Leonard                    Barbara J. Sievers
Attorney for Defendant                Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                    1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**